UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. 2:24-PO-50 |
| v. | MAGISTRATE JUDGE JOLSON |
| Jefren Diaz – Ortez, Defendant. | |

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED that this case be **Dismissed**.

s/Kimberly A. Jolson

**KIMBERLY A. JOLSON**
**United States Magistrate Judge**

8/12/2025

**DATE**